NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: RUTHERFORD et. al. v. JEH JOHNSON et. al.          Docket No.: 14-2945

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: James R. Marsh

Firm: Marsh Law Firm PLLC

Address: 151 E Post Rd Ste 102, White Plains, New York 10601-5210

Telephone: 212-372-3030          Fax: 212-372-3030

E-mail: jamesmarsh@marshlaw.us

Appearance for: Rutherford et. al. / Movants-Appellants
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel:                    )
(name/firm)

☐ Substitute counsel (replacing other counsel:                    )
(name/firm)

✔ Additional counsel (co-counsel with: Wendy Murphy           )
(name/firm)

☐ Amicus (in support of:                    )
(party/designation)

## CERTIFICATION

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on May 21, 2013                    OR

☐ I applied for admission on                    .

Signature of Counsel: /s/ James R. Marsh

Type or Print Name: James R. Marsh